DIF

KTC:LJF
F. 2002R02871

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SANDRA DOR FLEURISTAL,

           Defendant.

- - - - - - - - - - - - - - - X

ORDER FOR
VOLUNTARY SURRENDER

03 CR 79 (ARR)

     It is hereby ORDERED that the that the defendant Sandra

Dor Fleuristal report to the United States Marshals Service at

the United States District Court, 225 Cadman Plaza East,

Brooklyn, New York, on or before ___October 5, 2005___ .

Dated:  Brooklyn, New York
     Sept. 20 , 2005

                            THE HONORABLE ALLYNE R. ROSS
                            UNITED STATES DISTRICT JUDGE
                            EASTERN DISTRICT OF NEW YORK

c/m

<u>Service List</u>

Assistant United States Attorney
Lee Freedman


Defense counsel for Fleuristal
Charles Hochbaum, Esq.