UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

   -against-

                            ORDER
                            03-CR-79 (ARR)

SANDRA DOR FLEURISTAL
-------------------------------------------------X

It is hereby ORDERED that the previous Order of this Court directing that the Defendant SANDRA DOR FLEURISTAL surrender to the United States Marshalls Service on or before October 5, 2005 is hereby rescinded.

The matter will be set down for a sentencing hearing. Counsel and Defendant to be notified.

Dated: Brooklyn, NY
       October 5, 2005

                                     THE HONORABLE ALLYNE R. ROSS
                                     UNITED STATES DISTRICT JUDGE
                                     EASTERN DISTRICT OF NEW YORK